FILED
2019 Sep-05 AM 11:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | | |
|---|---|---|
| KANSAS STRICKLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 6:19-cv-00984-LSC |
| | ) | |
| | ) | |
| MAR-JAC POULTRY AL, LLC, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION AND ORDER

Before the Court are Motions to Dismiss filed by Defendant Jody Prude (doc. 9) and Defendant Francisco Alanzo (doc. 10). For the reasons stated below, the motions (docs. 9 & 10) are due to be granted.

In her Complaint (doc. 1), the Plaintiff named Jody Prude and Francisco Alanzo as defendants, alleging violations of Title VII of the Civil Rights Act, 42 U.S.C. § 2000e *et seq.* However, Title VII plaintiffs cannot sue individual employees for violations of the Act. *See Dearth v. Collins*, 441 F.3d 931, 933 (11th Cir. 2006)

("[T]he relief granted under Title VII is against the employer, not against the individual employees whose actions would constitute a violation of the Act . . . .").

During a telephone conference held on September 5, 2019, the Plaintiff conceded that Defendants' motions were well-taken and consented to the dismissal of Jody Prude and Francisco Alanzo.

Therefore, the motions to dismiss (docs. 9 & 10) are GRANTED, and all claims against Jody Prude and Francisco Alanzo are dismissed with prejudice. All other claims against Mar-Jac Poultry AL, LLC, remain pending.

**DONE** and **ORDERED** on September 5, 2019.

L. Scott Coogler
United States District Judge

199335